UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

1 OF 2

DONALD FRANCIS (PLAINTIFF)

v.

JOHN PLASSE

CAPT. CHARLEY FUNK

LT. CASEY LEE

SGT. STEPHANIE EDWARDSON

SGT. EMILY MEADOWS

SGT. CHELSEA LAFLEUR

CPL. D MITCHELL

C.O. DUGGAR

C.O. CRANFORD

C.O. WERTMAN

C.O. HYTE

NURSE POLLY DECKER

SGT. A. HARRISON

(DEFENDANTS)

03/07/2023

FILED
03/10/20023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:23-cv-113-JRS-MKK

THE PLAINTIFF MOTIONS THE COURT FOR ACCEPTANCE OF THIS FILING FOR A FEDERAL INMATE COMPLAINT OF THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF INDIANA.

1) THE ABOVE NAMED INDIVIDUALS CONSPIRED (TITLE 42 SEC 1985 (2)(3), PINKERTON RULE, PINKERTON INC. 328) WHILE ACTING UNDER COLOR OF LAW (TITLE 42 SEC 1983) TO VIOLATE U.S. CODE TITLE 42 CHAPT. 126, SEC 12183 AS ABOVE U.S. CODES

VIOLATE THE 8TH AMENDMENT OF THE U.S. CONSTITUTION, PLACE THE PLAINTIFF IN POSITIONS OF BREACH OF SAFETY AND SECURITY WHICH THE PLAINTIFF PAID THE PHYSICAL PRICE FOR THE GROSS NEGLIGENCE WITH THE PHYSICAL BLOOD OF THE PLAINTIFFS BODY!!

2) THE PLAINTIFF HAS BEEN THREATENED INTO TAKING INEFFECTIVE MEDICATIONS BY VIGO COUNTY JAIL MEDICAL NURSE POLLY DECKER. THE PLAINTIFF HAS BEEN ALSO DENIED MEDICAL ATTENTION BY THE SAME DEFENDANT DECKER

Donald Francis #209813
DONALD FRANCIS