UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DONALD FRANCIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:23-cv-00113-JRS-MKK |
| JOHN PLASSE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

# FINAL JUDGMENT

The Court has ordered that this action be **dismissed without prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 7/31/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

DONALD FRANCIS
29813
600 West Honey Creek Drive
Terre Haute, IN 47802